IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY PEARSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-240 |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PRISON SYSTEM, CITY OF PHILADELPHIA, MAYOR JIM KINNEY, Individually and in his capacity as Mayor, City of Philadelphia, Superintendent Douglas Giorla, Individually and in his capacity as Prison Commissioner, Philadelphia Prison System, WARDEN WILLIAM LAWTON, Individually and in his capacity as Warden, House of Correction, MAJOR EDWARD MIRANDA, Individually and in his capacity as Major, House of Correction, SERGEANT GANGEMI, Individually and in her capacity as Sergeant, House of Correction, CORIZON HEALTH CARE, INC., and QUAN BANG, RN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of January, 2017, for the reasons set forth in the separately-filed memorandum opinion, it is hereby ORDERED as follows:

1. This action is **DISMISSED WITH PREJUDICE** for lack of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure; and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.